No. D–1534.  IN RE DISBARMENT OF DOYLE.  It is ordered that Robert W. Doyle, of Minneapolis, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1535.  IN RE DISBARMENT OF FRANKUM.  It is ordered that John W. Frankum, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1536.  IN RE DISBARMENT OF STERN.  It is ordered that Stanley R. Stern, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1537.  IN RE DISBARMENT OF WAGNER.  It is ordered that Arthur Wagner, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1538.  IN RE DISBARMENT OF MAIOLO.  It is ordered that Jenny M. Maiolo, of Richmond Hill, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 94–631.  MILLER ET AL. v. JOHNSON ET AL.;
No. 94–797.  ABRAMS ET AL. v. JOHNSON ET AL.; and
No. 94–929.  UNITED STATES v. JOHNSON ET AL.  D. C. S. D. Ga.  [Probable jurisdiction noted, 513 U. S. 1071.]  Motion of appellants Lucious Abrams, Jr., et al. for reconsideration of order denying motion for additional time for oral argument [ante, p. 1013] denied.

No. 94–749.  HURLEY ET AL. v. IRISH-AMERICAN GAY, LES-BIAN & BISEXUAL GROUP OF BOSTON ET AL.  Sup. Jud. Ct. Mass. [Certiorari granted, 513 U. S. 1071.]  Motion of Individual Rights Foundation for leave to file a brief as amicus curiae out of time denied.